GEORGE H. BECKMANN, INC., PLAINTIFF-RESPONDENT, v. (ZINKE'S) RAINBOW'S END, INC., *ET AL.*, DEFEND-ANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 40 *N. J. Super.* 193.

*Mr. Francis L. Boyle* and *Mr. George F. Losche* for the petitioners.

*Mr. Warren Dixon, Jr.,* for the respondent.

September 10, 1956.

FREDERICK KARP, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. LEONARD WOHL, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Durand, Ivins & Carton* and *Mr. Francis X. Crahay* for the petitioners.

*Messrs. Parsons, Labrecque, Canzona & Combs* and *Mr. Rocco Ravaschiere* for the respondents.